UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA LEWIS,<br><br>                              Plaintiff,<br><br>        -against-<br><br>NEWBURGH NISSAN CAR DEALERSHIP, et al.,<br><br>                              Defendants. | 24cv7475 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 9, 2024, order, this action is dismissed. Because Plaintiff has not paid the fees to bring this action, the Court understands that Plaintiff is requesting to proceed IFP in this action. Plaintiff has not, however, sought leave from the court to file this action. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the Court's November 16, 2021 order in Lewis, 1:21-CV-6949. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   October 18, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge